41 Ill. App.2d 328 (1963)
190 N.E.2d 848
Raymond H. Hadie and Julia D. Hadie, Plaintiffs-Appellees,
v.
Leonard S. Erlandson and Hazel V. Erlandson, Defendants-Appellants.
Gen. No. 11,731.
Illinois Appellate Court  Second District, First Division.
May 23, 1963.
Rehearing denied June 19, 1963.
John R. Snively, of Rockford, for appellants.
Welsh, Welsh & Holmstrom, of Rockford, for appellees.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE McNEAL.
Affirmed.
Not to be published in full.